# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED ACCESS TECHNOLOGIES, LLC, § § § Plaintiff, § § v. § § CENTURYLINK, INC., ET AL., § § Defendants. § § | CIVIL ACTION NO. 1:11-cv-00339-LPS<br><br>JURY TRIAL DEMANDED |

## UNITED ACCESS TECHNOLOGIES, LLC'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

| | |
|---|---|
| OF COUNSEL<br><br>Michael W. Shore<br>Alfonso Garcia Chan<br>Jennifer M. Rynell<br>Daniel F. Olejko<br>SHORE CHAN BRAGALONE<br>DEPUMPO LLP<br>Bank of America Plaza<br>901 Main Street, Suite 3300<br>Dallas, Texas 75202<br>Phone:  (214) 593-9110<br>Fax:  (214) 593-9111<br>mshore@shorechan.com<br>achan@shorechan.com<br>jrynell@shorechan.com<br>dolejko@shorechan.com<br><br>Dated:  April 18, 2012 | Stamatios Stamoulis (#4606)<br>Richard C. Weinblatt (#5080)<br>STAMOULIS & WEINBLATT LLC<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, Delaware 19809<br>Phone:  (302) 999-1540<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com<br><br>Attorneys for Plaintiff<br>**UNITED ACCESS TECHNOLOGIES, LLC** |

Plaintiff United Access Technologies, LLC ("United Access") hereby files this Notice of Voluntary Dismissal of Certain Defendants Under Federal Rule of Civil Procedure 41(a)(1)(A)(i). On April 15, 2011, United Access filed the Complaint against CenturyLink, Inc. and its numerous subsidiaries (collectively "Defendants"). (D.I. 1). Defendants have not yet answered the Complaint. United Access now desires to simplify the case by narrowing the named defendants to Defendants CenturyTel Broadband Services, LLC and Qwest Corporation. Since Defendants have not yet answered the complaint or filed a motion for summary judgment, a notice of dismissal under Rule 41(a)(1)(A)(i) is appropriate, and no order from the Court is necessary. Accordingly, United Access dismisses, without prejudice, the following named Defendants from the case:

CenturyLink, Inc., Carolina Telephone and Telegraph Company LLC, Centel Corporation, Centel-Texas, Inc., Central Telephone Company, Central Telephone Company of Texas, Central Telephone Company of Virginia, CenturyTel Long Distance, LLC, CenturyTel Midwest – Michigan, Inc., CenturyTel of Adamsville, Inc., CenturyTel of Alabama, LLC, CenturyTel of Arkansas, Inc., CenturyTel of Central Arkansas, LLC, CenturyTel of Central Indiana, Inc., CenturyTel of Central Louisiana, LLC, CenturyTel of Central Wisconsin, LLC, CenturyTel of Chatham, LLC, CenturyTel of Chester, Inc., CenturyTel of Claiborne, Inc., CenturyTel of Colorado, Inc., CenturyTel of Cowiche, Inc., CenturyTel of Eagle, Inc., CenturyTel of East Louisiana, LLC, CenturyTel of Eastern Oregon, Inc., CenturyTel of Evangeline, LLC, CenturyTel of Fairwater-Brandon-Alto, LLC, CenturyTel of Forestville, LLC, CenturyTel of Idaho, Inc., CenturyTel of Inter Island, Inc., CenturyTel of Lake Dallas, Inc., CenturyTel of Larsen-Readfield, LLC, CenturyTel of Michigan, Inc., CenturyTel of Minnesota, Inc., CenturyTel of Missouri, LLC, CenturyTel of Monroe County, LLC, CenturyTel of

Montana, Inc., CenturyTel of Mountain Home, Inc., CenturyTel of North Louisiana, LLC, CenturyTel of North Mississippi, Inc., CenturyTel of Northern Michigan, Inc., CenturyTel of Northern Wisconsin, LLC, CenturyTel of Northwest Arkansas, LLC, CenturyTel of Northwest Louisiana, Inc., CenturyTel of Northwest Wisconsin, LLC, CenturyTel of Odon, Inc., CenturyTel of Ohio, Inc., CenturyTel of Ooltewah-Collegedale, Inc., CenturyTel of Oregon, Inc., CenturyTel of Port Aransas, Inc., CenturyTel of Postville, Inc., CenturyTel of Redfield, Inc., CenturyTel of Ringgold, LLC, CenturyTel of San Marcos, Inc., CenturyTel of South Arkansas, Inc., CenturyTel of Southeast Louisiana, LLC, CenturyTel of Southern Wisconsin, LLC, CenturyTel of Southwest Louisiana, LLC, CenturyTel of the Gem State, Inc., CenturyTel of the Midwest-Kendall, LLC, CenturyTel of the Midwest-Wisconsin, LLC, CenturyTel of the Northwest, Inc., CenturyTel of the Southwest, Inc., CenturyTel of Upper Michigan, Inc., CenturyTel of Washington, Inc., CenturyTel of Wisconsin, LLC, CenturyTel of Wyoming, Inc., CenturyTel Service Group, LLC, CenturyTel Solutions, LLC, Coastal Long Distance Services, LLC, Coastal Utilities, Inc., Embarq Communications of Virginia, Inc., Embarq Communications, Inc., Embarq Corporation, Embarq Florida, Inc., Embarq Management Company, Embarq Mid-Atlantic Management Services Company, Embarq Midwest Management Services Company, Embarq Minnesota, Inc., Embarq Missouri, Inc., Embarq Network Company LLC, Embarq, Inc., Gallatin River Communications, LLC, Gulf Communications, LLC, Gulf Long Distance, LLC, Gulf Telephone Company, Madison River Communications Corporation, Madison River Communications, LLC, Mebtel Long Distance Solutions, LLC, Mebtel, Inc., NOCUTS, Inc., Qwest Broadband Services, Inc., Qwest Communications Company, LLC, Qwest Communications Corp. of Virginia, Qwest Communications International Inc., Qwest Services Corp., Spectra Communications Group,

LLC, Telcon, Inc., Telephone USA of Wisconsin, LLC, The Winter Park Telephone Company, United Telephone Company of Eastern Kansas, United Telephone Company of Florida, United Telephone Company of Indiana, Inc., United Telephone Company of Kansas, United Telephone Company of New Jersey, Inc., United Telephone Company of Ohio, The United Telephone Company of Pennsylvania LLC, United Telephone Company of Southcentral Kansas, United Telephone Company of Texas, Inc., United Telephone Company of the Carolinas LLC, United Telephone Company of the Northwest, United Telephone Company of the West, United Telephone Southeast LLC, United Teleservices, Inc., and Valley Network Partnership.

Dated: April 18, 2012

OF COUNSEL

Michael W. Shore (admitted *pro hac vice*)
Alfonso G. Chan (admitted *pro hac vice*)
Jennifer M. Rynell (*pro hac vice* pending)
Daniel F. Olejko (admitted *pro hac vice*)
SHORE CHAN BRAGALONE
DEPUMPO LLP
Bank of America Plaza
901 Main Street, Suite 3300
Dallas, Texas 75202
Phone: (214) 593-9110
Fax: (214) 593-9111
mshore@shorechan.com
achan@shorechan.com
jrynell@shorechan.com
dolejko@shorechan.com

Respectfully submitted,

STAMOULIS & WEINBLATT LLC

*/s/ Richard C. Weinblatt*
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
STAMOULIS & WEINBLATT LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, Delaware 19809
Phone: (302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

Attorneys for Plaintiff
**UNITED ACCESS TECHNOLOGIES, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2012, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Richard C. Weinblatt*
Richard C. Weinblatt #5080