## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED ACCESS TECHNOLOGIES, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 11-339-LPS |
| | : | |
| CENTURYTEL BROADBAND SERVICES, LLC and QWEST CORPORATION, | : | |
| | : | |
| Defendants. | : | |

## O R D E R

At Wilmington this **20th** day of **December, 2013,**

IT IS HEREBY ORDERED that:

1.      Defendants CenturyTel Broadband Services, LLC and Qwest Corporation's

motion for judgment on the pleadings (D.I. 41) is GRANTED.

2.      Defendants' motion to strike and/or preclude Plaintiff's proposed claim

constructions based on collateral estoppel (D.I. 65) is DENIED AS MOOT.

_____
UNITED STATES DISTRICT JUDGE