IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED ACCESS TECHNOLOGIES, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CENTURYTEL BROADBAND ) <br> SERVICES, LLC and ) <br> QWEST CORPORATION, ) <br> ) <br> Defendants. ) <br> _____) | Civil Action No.: <br> 1:11-cv-00339-LPS |

## **STIPULATION AND [PROPOSED] ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for the parties to submit a joint status report is extended until June 6, 2015. The reason for the requested extension is to permit Plaintiff to retain lead counsel.

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | DUANE MORRIS LLP |
| */s/ Richard C. Weinblatt* <br> Stamatios Stamoulis #4606 <br> Richard C. Weinblatt #5080 <br> Stamoulis & Weinblatt LLC <br> Two Fox Point Centre <br> 6 Denny Road, Suite 307 <br> Wilmington, DE 19809 <br> (302) 999-1540 <br> stamoulis@swdelaw.com <br> weinblatt@swdelaw.com <br><br> *Attorneys for Plaintiff* <br> *United Access Technologies, LLC* | */s/ Richard L. Renck* <br> Richard L. Renck #3893 <br> 222 Delaware Avenue, Suite 1600 <br> Wilmington, Delaware 19801 <br> (302) 657-4900 <br> rlrenck@duanemorris.com <br><br> *Attorneys for Defendants CenturyTel* <br> *Broadband Services, LLC and Qwest* <br> *Corporation* |

SO ORDERED, this ____ day of _____, 2015

_____
United States District Judge