IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| United Access Technologies, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AT&T Corp., AT&T Services, Inc., and SBC Internet Services, LLC<br><br>Defendants. | Civil Action No. 1:11-cv-00338-LPS |
| United Access Technologies, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CenturyTel Broadband Services, LLC and Qwest Corporation,<br><br>Defendants. | Civil Action No. 1:11-cv-00339-LPS |
| United Access Technologies, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Frontier Communications Corporation,<br><br>Defendant. | Civil Action No. 1:11-cv-00341-LPS |

[PROPOSED] ORDER OF FINAL JUDGMENT

In accordance with the Court's prior orders in this case, the Court hereby orders as follows:

    1.    This is a patent infringement action brought by United Access Technologies, LLC ("United Access") against Defendants AT&T Corp., AT&T Services, Inc., and SBC Internet

Services, LLC; CenturyTel Broadband Services, LLC and Qwest Corporation; and Frontier Communications Corporation (collectively, "Defendants") for infringement of U.S. Patent Nos. 5,844,596, 6,243,446, and 6,542,585.

2. The Court entered an Order on August 22, 2017 (No. 11-338 at D.I. 136; No. 11-339 at D.I. 202; No. 11-341 at D.I. 196) addressing all asserted claims of U.S. Patent Nos. 5,844,596, 6,243,446, and 6,542,585 and granting Defendants' Joint Motion for Summary Judgment of Noninfringement.

3. Therefore, in accordance with the Court's Order, the Court enters judgment FOR Defendants and AGAINST United Access on United Access' Counts I, II, and III, which assert infringement of U.S. Patent Nos. 5,844,596, 6,243,446, and 6,542,585.

4. All other defenses and counterclaims asserted by Defendants and not addressed by the Court previously or in the Order are dismissed without prejudice as moot.

5. Defendants intend to seek their costs, pursuant to the procedures outlined by the Court's local rules.

6. This judgment is a final, appealable judgment for all purposes.

7. The CLERK IS HEREBY INSTRUCTED to enter final judgment as set forth above.

SO ORDERED this 29th day of August, 2017.

_____
Hon. Leonard P. Stark
United States District Judge

|  | Respectfully submitted, |
|---|---|
| CHARHON CALLAHAN ROBSON & GARZA PLLC | /s/ *Stamatios Stamoulis* |
|  | Stamatios Stamoulis (#4606) |
| Anthony M. Garza (admitted Pro Hac Vice) | Richard C. Weinblatt (#5080) |
| Martin C. Robson (admitted Pro Hac Vice) | STAMOULIS & WEINBLATT LLC |
| C. Luke Nelson (admitted Pro Hac Vice) | Two Fox Point Centre |
| Steven C. Callahan (admitted Pro Hac Vice) | 6 Denny Road, Suite 307 |
| 3333 Lee Parkway, Ste. 460 | Wilmington, Delaware 19809 |
| Dallas, Texas 75219 | Phone: (302) 999-1540 |
| Telephone: 214-521-6400 | stamoulis@swdelaw.com |
| agarza@ccrglaw.com | weinblatt@swdelaw.com |
|  |  |
| *Counsel for United Access* | *Local Counsel for United Access* |

DUANE MORRIS LLP

/s/ *Richard L. Renck*

| Matthew C. Gaudet (admitted Pro Hac Vice) | Richard L. Renck (I.D. No. 3893) |
|---|---|
| Alison H. Hutton (admitted Pro Hac Vice) | DUANE MORRIS LLP |
| Jennifer H. Forté (admitted Pro Hac Vice) | 222 Delaware Avenue, Suite 1600 |
| 1075 Peachtree Street, Suite 2000 | Wilmington, Delaware 19801 |
| Atlanta, GA 30309 | Tel: (302) 657-4900 |
| Telephone: 404.253.6900 | rlrenck@duanemorris.com |
| Facsimile: 404.253.6901 |  |
| mcgaudet@duanemorris.com | *Local Counsel for Defendants CenturyTel Broadband Services, LLC and Qwest Corporation* |
| *Counsel for Defendants CenturyTel Broadband Services, LLC and Qwest Corporation* |  |

BAKER BOTTS L.L.P.

Bryant C. Boren, Jr. (admitted Pro Hac Vice)
Jon V. Swenson (admitted Pro Hac Vice)
Elizabeth Boggs (admitted Pro Hac Vice)
Jason German (admitted Pro Hac Vice)
Jay B. Schiller (admitted Pro Hac Vice)
BAKER BOTTS LLP
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
(650) 739-7500
jon.swenson@bakerbotts.com

*Counsel for Defendants AT&T Corp., AT&T Services, Inc., and SBC Internet Services, LLC*

/s/ *Benjamin J. Schladweiler*
Benjamin J. Schladweiler (#4601)
Nicholas D. Mozal (#5838)
ROSS ARONSTAM & MORITZ LLP
100 S. West Street, Suite 400
Wilmington, DE 19801
(302) 576-1600
bschladweiler@ramllp.com

*Local Counsel for Defendants AT&T Corp., AT&T Services, Inc., and SBC Internet Services, LLC*

VERRILL DANA, LLP

Timothy R. Shannon (admitted Pro Hac Vice)
Taylor R. Neff (admitted Pro Hac Vice)
Seth S. Coburn (admitted Pro Hac Vice)
VERRILL DANA, LLP
One Portland Square
P.O. Box 586
Portland, ME 04112-0586
(207) 774-4000
tshannon@verrilldana.com

*Counsel for Defendant Frontier Communications Corporation*

/s/ *Philip A. Rovner*
Philip A. Rovner (#3215)
Jonathan A. Choa (#5319)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

*Local Counsel for Defendant Frontier Communications Corporation*

Dated: August 25, 2017